(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED by __PG__ D.C.

OCT 21 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

ABRAHAM MEJIAFAGOT
(Enter the full name of the plaintiff in this action)

v.

Christopher D Armanini
_____
_____
_____

cat / div __550/1983/WPB__
Case # _____
Judge _____ Mag __WHITE__
Motn Ifp __YES__ Fee pd $ __0__
Receipt # _____

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**Instructions for Filing:**

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I. **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: ABRAHAM MEJIAFAGOT

Inmate #: 043744

Address: P.O. Box 1450
Belle Glade, FL 33430

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Christopher D Armanini

is employed as a Law Enforcement Officer

at Palm Beach County Sheriff's Office

C. Additional Defendants: _____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On March 27 2016, I the plaintiff was parked in a legal parking spot in a business plaza, I was tired and needed some rest so I went to sleep in the back of my SUV, car turned off and windows up. Officer Christopher D. Armanini knowing my vehicle encroached on my privacy ripped me out of my vehicle and arrested me. On April 20, 2016 the same officer claimed to be in my girlfriends part of the county in reference to locating a suspect, once again he recognized my vehicle parked in private property came to our driveway arrested me again without reason and created two case numbers where he withheld information, edited and already existing PCA and lied under oath to effectuate an arrest. The edited PCA had information removed from its original version. The new PCA did not have

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

the truth written on it. The same officer was in touch with my then Attorney John Garcia whom I latter discovered was disbarred, I have made a formal complaint with the Florida BAR. Because of this officers actions I have suffered many losses including but not limitted to the loss of liberty and the loss of my daughters birth.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Court to review the facts of everything contained in the details of Mr. Armanini and my persons encounters. apply the proper sanctions and grant the proper relief for said officers actions. I would like proper and adequate compensation for all my time incarcerated by the actions of said officer.

### IV. Jury Demand

Do you demand a jury trial? ☑ Yes  ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __06__ day of __OCTOBER__, 20 __16__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __10-06-16__

_____
(Signature of Plaintiff)

Fagot, Abraham # 043777944
P.O. Box 1450
Belle Glade, FL 33430

Legal Mail

Clerk's Office of the
United States District Court,
Southern District of Florida,
400 North Miami Avenue, Room 8N09,
MIAMI, FLORIDA 33128-7788



Attention
This Letter Originates From The Palm Beach County Jail Inmate Mail Is Uncensored Inmate Assume Responsibility The Sheriff Cannot Assume Responsibility For Its Contents